# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIA ESTRADA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

) Case No. CV 10-6152-PA (SP)
)
) **ORDER ACCEPTING FINDINGS AND**
) **RECOMMENDATIONS OF UNITED**
) **STATES MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits, and dismissing this action with prejudice.

DATED: October 9, 2011

                                                  HONORABLE PERCY ANDERSON
                                                UNITED STATES DISTRICT JUDGE