JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIA ESTRADA,<br><br>      Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>      Defendant. | ) Case No. CV 10-6152-PA (SP)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner denying benefits is **AFFIRMED** and this action is dismissed with prejudice.

DATED:   October 9, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE